UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**DAVID WALKER,**

    **Plaintiff,**

v.                                                **Case No. 3:20-cv-1170-J-20PDB**

**ANN COFFIN,**

    **Defendant.**

_____/

## ORDER

**THIS CAUSE** is before this Court following a Report and Recommendation, entered December 29, 2020, that recommends this case be dismissed without prejudice because the Court is without jurisdiction. (Dkt 4).[1]

No objections were filed to the Report and Recommendation as required.[2] After an independent review of the record and upon consideration of the Report and Recommendation, this Court finds that it is not clearly erroneous or contrary to the law and adopts the same in all respects.

Accordingly, it is hereby **ORDERED**:

1. The Magistrate Judge's Report and Recommendation (Dkt. 4) is **ADOPTED**;

2. Plaintiff's "Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)" (Dkt. 2) is **DENIED**;

3. The case is **DISMISSED without prejudice**; and

---

[1] This is Plaintiff's third lawsuit in the Jacksonville Division of the Middle District of Florida based on similar allegations. Both of the prior actions were dismissed. *See* Case Nos. 3:18-cv-770-J-32MCR; 3:20-cv-826-J-32PDB.

[2] *See* footnote of the Report and Recommendation (Dkt. 4).

4. The Clerk is **DIRECTED** to terminate all pending motions and close this case.

**DONE AND ENTERED** at Jacksonville, Florida, this 25 day of January, 2021.

*[signature]*

HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:
Hon. Patricia D. Barksdale
David Walker, *pro se* Plaintiff
  6915 Hafford Lane
  Jacksonville, Florida 32244